| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | | CLEAR FORM |
|---|---|---|
| DEREK JONES (Pro Per) <br> 3705 West Farm Road <br> Lompoc, CA 93436-2756 <br> (310) 740-6555 <br> Email: djjones@ucla.edu | | FILED <br> CLERK, U.S. DISTRICT COURT <br> **11/10/23** <br> CENTRAL DISTRICT OF CALIFORNIA <br> BY: ___mz___ DEPUTY |
| ATTORNEY(S) FOR: | | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DEREK JONES | CASE NUMBER: |
|---|---|
| Plaintiff(s), | **2:23-cv-09623-MCS(AJRx)** |
| v. | |
| INNER CITY PRESS, INC | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Derek Jones_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| DEREK JONES | PLAINTIFF |

November 10, 2023              Derek Jones
Date                                      Signature

Attorney of record for (or name of party appearing in pro per):

Derek Jones  (Pro Per)