**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK JONES<br><br>Plaintiff,<br><br>v.<br><br>INNER CITY PRESS, INC.; and<br><br>MATTHEW RUSSELL LEE<br><br>Defendants. | Case No. 2:23-cv-09623-MCS-AJR<br><br>**JUDGMENT** |

In accordance with the Court's order denying Plaintiff Derek Jones's application to extend the deadline to file an amended complaint, it is hereby ordered, adjudged, and decreed that this action is dismissed with prejudice for failure to prosecute and failure to comply with court orders. Plaintiff shall take nothing from his action against Defendants Inner City Press, Inc., and Matthew Russell Lee.

**IT IS SO ORDERED.**

Dated: March 21, 2025

*/s/ Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2